## United States District Court for the Northern District of Illinois

Case Number: 08CV626          Assigned/Issued By: J. N.

Judge Name: LEINENWEBER     Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                  Receipt #: 1116521

Date Payment Rec'd: 1-29-08       Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __1-29-08__ as to __DEFENDANT__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05