AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 626**

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND, MID-AMERICA PENSION FUND, and MID-AMERICA SUPPLEMENTAL MONTHLY ANNUITY FUND

V.

MAGNUM STEEL ERECTORS, INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

MAGNUM STEEL ERECTORS, INC.
c/o L. PATRICK POWER
956 N. FIFTH AVE.
KANKAKEE, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD & McGANN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Girly* (signature)

**(By) DEPUTY CLERK**

**January 29, 2008**

Date

ClientCaseID: N7583/DPM

CaseID: 176295

Law Firm ID: WHITFIEL


*176295A*

CaseReturnDate: 3/5/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number  08C626

I, **TYSON CAILTEUX**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001126 Diligent Detective Agency, LTD. 105 W. 3RD AVENUE, CLIFTON IL 60927.

THAT HE SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT   Magnum Steel Erectors, Inc.

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT
LIST REASON HERE:

Date Of Service: **2-7-08**   Time of Service: **15:28**   Date Of Mailing
PERSON SERVED **CHRIS SCHMITZ, OFFICE MANAGER**
Age **53**   Sex **FEMALE**  Race **WHITE**   Height **5'7**   Build **MEDIUM**   Hair **BLOND**

LOCATION OF SERVICE   **956 N Fifth Avenue**
**Kankakee, IL, 60901**

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

X _____  2/13/08

AGENCY NAME:   Diligent Detective Agency, LTD      NAME OF SERVER:          DATE:

ADDRESS:   105 W. 3RD AVENUE

CITY:  CLIFTON

ST:  IL          ZIP  60927

PHONE:   (815)-694-3332

61264