# EXHIBIT LIST

### EXHIBIT A
Affidavit of Service, Special Process Server

### EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

### EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit A

**Exhibit A**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 626**

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND, MID-AMERICA PENSION FUND, and MID-AMERICA SUPPLEMENTAL MONTHLY ANNUITY FUND

V.

MAGNUM STEEL ERECTORS, INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

MAGNUM STEEL ERECTORS, INC.
c/o L. PATRICK POWER
956 N. FIFTH AVE.
KANKAKEE, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD & McGANN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Nadine Shirley* (signature)
-----------------------
(By) DEPUTY CLERK

January 29, 2008
-----------------------
Date

ClientCaseID: N7583/DPM
CaseID: 176295
Law Firm ID: WHITFIEL


*176295A*

CaseReturnDate: 3/5/08

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT

Case Number **08C626**

I, _Tyson Cailteux_

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001126 Diligent Detective Agency, LTD. 105 W. 3RD AVENUE, CLIFTON IL 60927.

THAT HE SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT   Magnum Steel Erectors, Inc.

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING
COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT
LIST REASON HERE:

Date Of Service: _2-7-08_   Time of Service: _15:28_   Date Of Mailing _____
PERSON SERVED _CHRIS SCHMITZ, OFFICE MANAGER_
Age _53_   Sex _FEMALE_   Race _WHITE_   Height _5'7_   Build _MEDIUM_   Hair _BLOND_

LOCATION OF SERVICE   956 N Fifth Avenue
Kankakee, IL, 60901

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

X _____   _2/13/08_
NAME OF SERVER:   DATE:

AGENCY NAME:   Diligent Detective Agency, LTD
ADDRESS:   105 W. 3RD AVENUE
CITY:   CLIFTON
ST:   IL   ZIP   60927
PHONE:   (815)-694-3332

61264

# Exhibit B

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> MAGNUM STEEL ERECTORS, INC., <br><br> Defendant. | Case No. 08 C 626 <br><br> Judge Leinenweber |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

---

David J. Jansen declares as follows:

1. I am the ERISA Contribution Collection Coordinator for the for the Iron Workers' Tri-State Welfare Plan and in such capacity I am authorized to make this Declaration on behalf of the Trust Fund.

2. The Defendant executed an Agreement with the Iron Workers' Union (the "Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3. Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Fund.

4. Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreement, the Defendant is required to submit monthly reports which list the number of hours worked by its iron worker employees and the Defendant is required to pay contributions based upon the hours listed.

5.  The Defendant submitted the contribution reports but failed to submit the ERISA contributions for its iron worker employees. The Defendant also failed to submit reports for January and February 2008 so an average estimate was performed for these two months at $10,260.10 per month. The total amount owed for these iron worker employees is $62,709.70 for the months of August 2007 through February 2008.

6.  Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $2,540.92 for the period August 2007 through February 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:      April 1, 2008

Signature: *David J. Jansen*

Page 1

## Magnum Steel Erectors
### Breakdown of Known Amounts Due the Funds
### As of March 13, 2008

**\*Summary of Known Totals Due Mid-America Tri-State Funds:**

| | |
|---|---|
| Grand Total Due Tri-State Welfare Fund | $ 24,865.66 |
| Grand Total Due Mid-America Pension Fund | $ 19,368.91 |
| Grand Total Due Mid-America SMA Fund | $ 19,403.25 |
| Grand Total Due Apprentice Training Fund | $ 1,612.80 |
| **Grand Total Due the Funds** | **$ 65,250.62** |

\*Summary and grand totals do not include attorney and associated costs – the final total will include all costs to the Funds.

**Magnum Steel Erectors Breakdowns of Amounts Due Funds:**

**Contributions and/or Contributions Reports Due:**

### Iron Workers' Local Union # 444SZ
### August 2007 (Shorted Funds in remittance received on November 1, 2007)

| | |
|---|---:|
| Due Tri-State Welfare Fund @ $ 8.14 per hour | $ 1,983.68 |
| Due Mid-America Pension Fund @ $ 6.54 per hour | $ 1,020.48 |
| Due Mid-America SMA Fund @ $ 6.55 per hour | $ 1,026.50 |
| Total Contributions Due for August 2007 | $ 4,030.66 |
| Liquidated Damages @ 1.5% | $ 362.82 |
| **Grand Total for August 2007** | **$ 4,393.48** |

### Iron Workers' Local Union # 444SZ
### September 2007 (358.00 regular hours; 0.00 OT hours)

| | |
|---|---:|
| Due Tri-State Welfare Fund @ $ 8.14 per hour | $ 2,914.12 |
| Due Mid-America Pension Fund @ $ 6.54 per hour | $ 2,341.32 |
| Due Mid-America SMA Fund @ $ 6.55 per hour | $ 2,344.90 |
| Due Apprentice Training Fund @ $ .60 per hour | $ 214.80 |
| Total Contributions Due for September 2007 | $ 7,815.14 |
| Liquidated Damages @ 1.5% | $ 570.00 |
| **Grand Total for September 2007** | **$ 8,385.14** |

### Iron Workers' Local Union # 444SZ
### October 2007 (328.00 regular hours; 0.00 OT hours)

| | |
|---|---:|
| Due Tri-State Welfare Fund @ $ 8.14 per hour | $ 2,669.92 |
| Due Mid-America Pension Fund @ $ 6.54 per hour | $ 2,145.12 |
| Due Mid-America SMA Fund @ $ 6.55 per hour | $ 2,148.40 |
| Due Apprentice Training Fund @ $ .60 per hour | $ 196.80 |
| Total Contributions Due for October 2007 | $ 7,160.24 |
| Liquidated Damages @ 1.5% | $ 417.84 |
| **Grand Total for October 2007** | **$ 7,578.08** |

### Iron Workers' Local Union # 444SZ
### November 2007 (388.00 regular hours; 2.00 OT hours)

| | |
|---|---:|
| Due Tri-State Welfare Fund @ $ 8.14 per hour | $ 3,174.60 |
| Due Mid-America Pension Fund @ $ 6.54 per hour | $ 2,550.60 |
| Due Mid-America SMA Fund @ $ 6.55 per hour | $ 2,554.50 |
| Due Apprentice Training Fund @ $ .60 per hour | $ 234.00 |
| Total Contributions Due for November 2007 | $ 8,513.70 |
| Liquidated Damages @ 1.5% | $ 372.60 |
| **Grand Total for November 2007** | **$ 8,886.30** |

**Magnum Steel Erectors Breakdowns of Amounts Due Funds:**

**Contributions and/or Contributions Reports Due (*Continued*):**

### Iron Workers' Local Union # 444SZ
### December 2007 (672.00 regular hours; 0.00 OT hours)

| | |
|---|---|
| Due Tri-State Welfare Fund @ $ 8.14 per hour | $ 5,470.08 |
| Due Mid-America Pension Fund @ $ 6.54 per hour | $ 4,394.88 |
| Due Mid-America SMA Fund @ $ 6.55 per hour | $ 4,401.60 |
| Due Apprentice Training Fund @ $ .60 per hour | $ 403.20 |
| Total Contributions Due for December 2007 | $ 14,669.76 |
| Liquidated Damages @ 1.5% | $ 427.98 |
| **Grand Total for December 2007** | **$ 15,097.74** |

### Iron Workers' Local Union # 444SZ
### January 2008 (470.00 estimated regular hours; 0.00 OT hours)

| | |
|---|---|
| Due Tri-State Welfare Fund @ $ 8.14 per hour | $ 3,825.80 |
| Due Mid-America Pension Fund @ $ 6.54 per hour | $ 3,073.80 |
| Due Mid-America SMA Fund @ $ 6.55 per hour | $ 3,078.50 |
| Due Apprentice Training Fund @ $ .60 per hour | $ 282.00 |
| Total Contributions Due for January 2008 | $ 10,260.10 |
| Liquidated Damages @ 1.5% | $ 149.68 |
| **Grand Total for January 2008** | **$ 10,409.78** |

### Iron Workers' Local Union # 444SZ
### February 2008 (470.00 estimated regular hours; 0.00 OT hours)

| | |
|---|---|
| Due Tri-State Welfare Fund @ $ 8.14 per hour | $ 3,825.80 |
| Due Mid-America Pension Fund @ $ 6.54 per hour | $ 3,073.80 |
| Due Mid-America SMA Fund @ $ 6.55 per hour | $ 3,078.50 |
| Due Apprentice Training Fund @ $ .60 per hour | $ 282.00 |
| Total Contributions Due for February 2008 | $ 10,260.10 |
| **Grand Total for February 2008** | **$ 10,260.10** |

**Liquidated Damages Due:**

| | |
|---|---|
| Due Mid-America Pension Fund | $ 80.00 |
| Due Mid-America SMA Fund | $ 80.00 |
| Due Tri-State Welfare Fund | $ 80.00 |

**Attorney Fees:** $ *Unknown*

**Associated Costs:** $ *Unknown*

# Exhibit C

Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> MAGNUM STEEL ERECTORS, INC., <br><br> Defendant. | Case No. 08 C 626 <br><br> Judge Leinenweber |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1. I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3. I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5. I have devoted 11.75 hours in connection with the this case at the rate of $165.00 per hour. The total attorney fees billings is $1,938.75.

-1-

6.      In addition, the filing fee was $350.00, fees for service of process $80.00 and LEXIS fee, $65.00. These costs total $423.00.

7.      I certify that the attached detailed attorney fees and costs totaling $2,433.75 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: April 1, 2008

s/ DANIEL P. McANALLY

Attorney for the Trustees of the Iron Workers' Welfare Fund et al.

| 4/2/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 1:51 PM | Slip Listing | Page | 1 |

---

### Selection Criteria

| | |
|---|---|
| Case (hand select) | Include: IWF.N7583 |
| Slip.Classification | Open |
| Case (hand select) | Include: IWF.N7583 |
| Slip.Transaction Ty | 1 - 1 |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 351595         TIME<br>1/2/2008<br>Billed       G:72929     2/4/2008<br>Review referral from Trust Funds; prepare database and load information regarding case facts, history and legal strategy. Prepare/ Open file for litigation; review corporate status and registered agent information for legal process. | DPM<br>Billable<br>IWF.N7583 | 1.00<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 165.00 |
| 352392         TIME<br>1/2/2008<br>Billed       G:72929     2/4/2008<br>LEXIS FEE: Search Illinois Secretary of State database for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | CPW<br>Lexis<br>IWF.N7583 | ▓▓<br>0.00<br>0.00<br>0.00 | ▓▓▓<br>A@1 | ▓▓▓ |
| 351596         TIME<br>1/3/2008<br>Billed       G:72929     2/4/2008<br>Prepare summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and Taft-Hartley Act Sec. 301. | DPM<br>Billable<br>IWF.N7583 | 2.00<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 330.00 |
| 351597         TIME<br>1/3/2008<br>Billed       G:72929     2/4/2008<br>Telephone conversation with collection coordinator David Jansen regarding status; will hold off filing the lawsuit because the owner promised immediate payment. | DPM<br>Billable<br>IWF.N7583 | 0.25<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 41.25 |
| 352393         TIME<br>1/29/2008<br>Billed       G:72929     2/4/2008<br>Prepare the complaint, civil cover sheet, | DPM<br>Billable<br>IWF.N7583 | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 82.50 |

Case 1:08-cv-00626   Document 7-2   Filed 04/02/2008   Page 15 of 17

4/2/2008     WHITFIELD, McGANN & KETTERMAN
1:52 PM     Slip Listing     Page 2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| appearance and summons for electronic filing; file the documents; confirm the court clerk received the documents. | | | | |
| 353755   TIME<br>2/22/2008<br>Billed   G:73124   3/3/2008<br>Review complaint filed at the Federal Court; load information regarding the filing date, case number and assigned judge into the database; review (via the Internet) the judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file / database regarding same. | DPM<br>Billable<br>IWF.N7583 | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 82.50 |
| 353754   TIME<br>2/26/2008<br>Billed   G:73124   3/3/2008<br>Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare correspondence to collection coordinator David Jansen regarding the filling of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | DPM<br>Billable<br>IWF.N7583 | 1.00<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 165.00 |
| 353846   TIME<br>2/28/2008<br>Billed   G:73124   3/3/2008<br>Review Scott Forrest Stern & Assoc., Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPM<br>Billable<br>IWF.N7583 | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 82.50 |
| 353848   TIME<br>2/28/2008<br>Billed   G:73124   3/3/2008<br>Correspondence to collection coordinator David Jansen regarding calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal Revenue Code. | DPM<br>Billable<br>IWF.N7583 | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 82.50 |

| 4/2/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 1:52 PM | Slip Listing | Page | 3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 353853          TIME<br>2/28/2008<br>Billed          G:73124       3/3/2008<br>Telephone conversation with collection coordinator David Jansen regarding status of the case. | DPM<br>Billable<br>IWF.N7583 | 0.25<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 41.25 |
| 353847          TIME<br>2/29/2008<br>Billed          G:73124       3/3/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding SUMMONS Returned Executed by Iron Workers Tri-State Welfare Fund, Mid-America Pension Fund, Mid-America Supplemental Monthly Annuity Fund as to Magnum Steel Erectors, Inc. on 2/7/2008, answer due 2/27/2008. ; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>IWF.N7583 | 0.25<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 41.25 |
| 354701          TIME<br>3/13/2008<br>Billed          G:73305       4/2/2008<br>Telephone conversation with collection coordinator David Jansen and trust fund employee, Spirit Johnson regarding status of the litigation, doing as estimate and motion for default judgment. | DPM<br>Billable<br>IWF.N7583 | 0.25<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 41.25 |
| 355291          TIME<br>3/27/2008<br>Billed          G:73305       4/2/2008<br>Telephone conversation with collection coordinator David Jansen regarding status; proceeding with our motion for default judgment. | DPM<br>Billable<br>IWF.N7583 | 0.25<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 41.25 |
| 355639          TIME<br>4/1/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U. S. District Court website to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plead; prepare affidavit of collection coordinator David Jansen; correspondence to collection coordinator David Jansen regarding execution of the | DPM<br>Billable<br>IWF.N7583 | 3.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 577.50 |

| | | | | |
|---|---|---|---|---|
| 4/2/2008 | | WHITFIELD, McGANN & KETTERMAN | | |
| 1:52 PM | | Slip Listing | Page | 4 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| affidavit; Review file for all entries for the attorney billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits; incorporate amounts into the motion and judgment order; prepare the document for electronic filing. | | 10.75 | | |

Grand Total

| | Billable | ~~~~5 | | ~~~~5 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | ~~~~5 | | ~~~~5 |

*[handwritten]*

Court Appearance
April 8, 2008

1.0   11.75 @ 165   $1938.75

LEXIS FEE         $65—
Filing Fee        $350—
Service Fee       $80—
                  ─────
Total             $2,433.75