IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 08 C 626<br>) Judge Leinenweber |
| v. | )<br>) |
| MAGNUM STEEL ERECTORS, INC., | )<br>) |
| Defendant. | ) |

### NOTICE OF MOTION

Jeremy D. Mitchell
MAGNUM STEEL ERECTORS, INC.
290 ½ E. Kankakee Street
Herscher, IL 60941

PLEASE TAKE NOTICE that on **Tuesday, April 8, 2008** I shall appear before the Honorable Judge Leinenweber at approximately 9:00 a.m. in Courtroom 2568 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

TRUSTEES of the Iron Workers' Tri-State
Welfare Fund et al.,

s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the person/s to who said Notice is directed on April 1, 2008, s/Daniel P. McAnally.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288