## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 626 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Trustees of the Iron Workers, et al vs. Magnum Steel Erectors, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Default Judgment is granted. Judgment is entered in favor of the plaintiffs' and against the defendant, Magnum Steel Erectors, Inc. In the sum of $67,684.37.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials | WAP |
|---|---|---|