IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al.,<br>　　　　　　Judgment-Creditor,<br>v.<br>MAGNUM STEEL ERECTORS, INC.<br>　　　　　　Judgment-Debtor,<br>HERITAGE DEVELOPMENT & CONSTRUCTION, INC.<br>　　　　　　Citation-Respondent. | Judge Leinenweber<br>Case No. 08 C 626 |

## Motion for Turn Over

Plaintiffs by their attorney, Daniel P. McAnally, pursuant to F. R. Civ. P. 69(a), move this Court for an entry of a turn over order and in support state:

1. On April 10, 2008, a judgment was entered in favor of the Plaintiffs and against the Defendant in the amount of $67,684.37. (**Exhibit A**)

2. As of the date of the filing of this motion there has been $0 received and applied towards the judgment amount leaving a balance of $67,684.37.

3. Plaintiffs issued and served a Citation to Discover Assets on third party, Heritage Development & Construction, Inc.

4. On May 28, 2008, Heritage Development & Construction, Inc. answered the Citation indicating that it owed money to the Defendant in the amount of $57,909.22.

WHEREFORE, Plaintiffs pray that this Court order Heritage Development & Construction, Inc. to immediately turn over to the Plaintiffs the amount of $57,909.22 held pursuant to this action.

Respectfully submitted,

s/DANIEL P. McANALLY

ATTORNEY for the TRUSTEES of
the IRON WORKERS TRI-STATE
WELFARE PLAN et al.

Whitfield McGann & Ketterman
111 East Wacker Drive
Suite 2600
312/251-9700
Attorney No.: 6205288

2