# Exhibit A

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND, MID-AMERICAN PENSION FUND, and MID-AMERICA SUPPLEMENTAL MONTHLY ANNUITY FUND<br><br>Plaintiffs,<br><br>v.<br><br>MAGNUM STEEL ERECTORS, INC.,<br><br>Defendant. | Case No. 08 C 626<br><br>Judge Leinenweber |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on January 29, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, MAGNUM STEEL ERECTORS, INC., in the sum of **$67,684.37** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (08/07 - 02/08) | $62,709.70 |
| b) | Liquidated Damages (08/07 - 02/08) | $2,540.92 |
| c) | Attorney Fees and Costs | $2,433.75 |
| | **TOTAL** | **$67,684.37** |

ENTERED:

_____
HARRY D. LEINENWEBER
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2008