IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al.<br><br>        Plaintiffs,<br><br>v.<br><br>MAGNUM STEEL ERECTORS, INC.<br><br>        Defendant. | Case No. 08 C 626<br>Judge Leinenweber |

### NOTICE OF MOTION

| | |
|---|---|
| Jeremy D. Mitchell<br>Magnum Steel Erectors, Inc.<br>290 ½ E. Kanakakee Street<br>Herscher, IL 60941 | Scott A. Franco<br>Heritage Development & Construction, Inc.<br>200 East Court Street, Suite 600<br>Kankakee, IL 60901 |

PLEASE TAKE NOTICE that on **Thursday, June 19, 2008** I shall appear before the Honorable Judge Leinenweber at approximately 9:30 a.m. in Courtroom 1941 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Turn Over.

        TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al.

        s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Turn Over via U.S. first class mail to the person/s to who said Notice is directed on June 5, 2008, s/Daniel P. McAnally.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288