# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 626 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Trustees of the Iron Workers, et al vs. Magnum Steel Erectors, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Turnover Order is granted. IT IS HEREBY ORDERED that the Citation-Respondent is ordered to turn over funds of the defendant that it is currently holding pursuant to a served citation in the amount of $57,909.22. Said funds shall be turned over to the plaintiffs through their attorney to satisfy in part the judgment entered.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials:  WAP