IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al.,<br>    Judgment-Creditor,<br>v.<br>MAGNUM STEEL ERECTORS, INC.<br>    Judgment-Debtor,<br><br>PIGGUSH-SIMONEAU, INC.<br>    Citation-Respondent. | Judge Leinenweber<br>Case No. 08 C 626 |

## Motion for Turn Over

Plaintiffs by their attorney, Daniel P. McAnally, pursuant to F. R. Civ. P. 69(a), move this Court for an entry of a turn over order and in support state:

1. On April 10, 2008, a judgment was entered in favor of the Plaintiffs and against the Defendant in the amount of $67,684.37. (**Exhibit A**)

2. As of the date of the filing of this motion there has been $49,222.52 received and applied towards the judgment amount leaving a balance of $18,461.85.

3. Plaintiffs issued and served a Citation to Discover Assets on third party, PIGGUSH-SIMONEAU, INC.

4. On June 17, 2008, PIGGUSH-SIMONEAU, INC. answered the Citation indicating that it owed money to the Defendant in the amount of $15,172.72. (**Exhibit B**)

WHEREFORE, Plaintiffs pray that this Court order PIGGUSH-SIMONEAU, INC. to immediately turn over to the Plaintiffs the amount of $15,172.72 held pursuant to this action.

        Respectfully submitted,

        s/DANIEL P. McANALLY

        ATTORNEY for the TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al.

Whitfield McGann & Ketterman
111 East Wacker Drive
Suite 2600
312/251-9700
Attorney No.: 6205288