IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MAGNUM STEEL ERECTORS, INC.<br><br>    Defendant. | Case No. 08 C 626<br>Judge Leinenweber |

### NOTICE OF MOTION

L. Patrick Power
Attorney / Registered Agent
Via Facsimile : (815-937-0056)
Magnum Steel Erectors, Inc.

Piggush-Simoneau, Inc.
Attention : Lesa
Via Facsimile : (815-932-4394)

PLEASE TAKE NOTICE that on **Tuesday, July 1, 2008** I shall appear before the Honorable Judge Leinenweber at approximately 9:30 a.m. in Courtroom 1941 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Turn Over.

       TRUSTEES of the IRON WORKERS TRI-
       STATE WELFARE PLAN et al.

       s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Turn Over via facsimile to the person/s to who said Notice is directed on June 27, 2008, s/Daniel P. McAnally.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              0413
CONNECTION TEL                    18159324394
CONNECTION ID         PIGGUSH SIMONEAU
ST. TIME              06/27 13:23
USAGE T               01'23
PGS. SENT             9
RESULT                OK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al. | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 08 C 626<br>Judge Leinenweber |
| v. | ) ) | |
| MAGNUM STEEL ERECTORS, INC. | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

L. Patrick Power                Piggush-Simoneau, Inc.
Attorney / Registered Agent     Attention : Lesa
Via Facsimile : (815-937-0056)  Via Facsimile : (815-932-4394)
Magnum Steel Erectors, Inc.

PLEASE TAKE NOTICE that on **Tuesday, July 1, 2008** I shall appear before the Honorable Judge Leinenweber at approximately 9:30 a.m. in Courtroom 1941 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Turn Over.

                        TRUSTEES of the IRON WORKERS TRI-
                        STATE WELFARE PLAN et al.

                        s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                0412
CONNECTION TEL                        18159370056
CONNECTION ID
ST. TIME                06/27 13:22
USAGE T                 01'04
PGS. SENT               9
RESULT                  OK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNUM STEEL ERECTORS, INC.<br><br>Defendant. | Case No. 08 C 626<br>Judge Leinenweber |

### NOTICE OF MOTION

L. Patrick Power                        Piggush-Simoneau, Inc.
Attorney / Registered Agent             Attention : Lesa
Via Facsimile : (815-937-0056)          Via Facsimile : (815-932-4394)
Magnum Steel Erectors, Inc.

PLEASE TAKE NOTICE that on **Tuesday, July 1, 2008** I shall appear before the Honorable Judge Leinenweber at approximately 9:30 a.m. in Courtroom 1941 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Turn Over.

TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al.

s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above