## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 626 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Trustees of the Iron Workers Tri-State, et al vs. Magnum Steel Erectors, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Turnover Order is granted. IT IS HEREBY ORDERED that the Citation-Respondent is ordered to turnover funds of the defendant that is currently holding pursuant to a served Citation in the amount of $15,172.72. Said funds shall be turned over to the plaintiffs through their attorney to satisfy in part the judgment entered.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials | WAP |
|---|---|---|