

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al.,<br><br>          Judgment-Creditor,<br><br>v.<br><br>MAGNUM STEEL ERECTORS, INC.<br><br>          Judgment-Debtor,<br><br>PIGGUSH-SIMONEAU, INC.<br><br>          Citation-Respondent. | Judge Leinenweber<br>Case No. 08 C 626 |

### Turn Over Order

This cause coming on to be heard before the Court on Plaintiffs' Motion for a Turn Over; due notice having been given, the Court having jurisdiction and being fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. That the Citation-Respondent is ordered to turn over funds of the Defendant that it is currently holding pursuant to a served Citation in the amount of $15,172.72.

2. That said funds shall be turned over to the Plaintiffs through their attorney to satisfy in part the judgment entered herein.

3. That a judgment in the sum of $15,172.72 is hereby entered against PIGGUSH-SIMONEAU, INC. and in favor of Magnum Steel Erectors, Inc. f/u/o the Trustees of the Iron Workers Tri-State Welfare Plan, Mid-America Pension Plan and Mid-America Supplemental Monthly Annuity Plan.

4. That this citation shall remain in effect unless released by the Plaintiffs or by further order of Court.

ENTERED:

_____
HARRY D. LEINENWEBER
UNITED STATES DISTRICT JUDGE

DATED: 7/1/2008